UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHARLES L. BOBO,<br><br>            Plaintiff,<br><br>   v.<br><br>STATE OF WASHINGTON DEPARTMENT OF SOCIAL & HEALTH SERVICES,<br><br>            Defendant. | Case No. C13-1529-RSL<br><br>**ORDER OF DISMISSAL** |

The Court, having reviewed plaintiff's motion for leave to proceed in forma pauperis ("IFP") (Dkt. 1), the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and the remaining record, does hereby find and order:

1. The Court adopts the Report and Recommendation.

2. The proposed complaint is **DISMISSED** with prejudice.

3. Plaintiff's motion for leave to proceed IFP (Dkt. 1) is **STRICKEN** as moot.

4. The Clerk is directed to send a copy of this Order to plaintiff.

DATED this 19th day of September, 2013.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER OF DISMISSAL - 1